# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CLYDE BROWN, | ) | No. CV 08-370-GAF (PLA) |
|     Petitioner, | ) | |
|     v. | ) | **JUDGMENT** |
| D. ADAM, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  December 5, 2008

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE